```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

      MAR 20 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  shy                  DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BELL, | Case No. CV 12-4022 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: March 20, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE